ACCEPTED
06-14-00166-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/2/2015 3:55:55 PM
DEBBIE AUTREY
CLERK

No. 06-14-00166-CR

## IN THE COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/2/2015 3:55:55 PM
DEBBIE AUTREY
Clerk

## FOR THE SIXTH APPELLATE DISTRICT

## TEXARKANA, TEXAS

**RODERICK KING**                      **APPELLANT**

**VS**

**STATE OF TEXAS**                     **APPELLEE**

## <u>MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT</u>

TO HONORABLE JUDGES OF SAID COURT:

NOW COMES, the Appellant by and through his Attorney, Tim Cone, and does hereby move this Honorable Court to grant an extension of time for the purpose of filing the Appellant's Brief.

## I.

Judgment was entered with the 188th District Court of Gregg County, Texas, in Cause Number 43,416-A styled The State of Texas vs. Roderick King, on the 26th day of August, 2014. The Appellant's brief is due on March 2, 2015.  This is the Appellant's first request for an extension of time for the late filing of Appellant's brief.

That the Appellant hereby requests an extension of time to file Appellant's brief until April 2, 2015, and will hopefully be the last extension we will ask for and as

reason therefore, would show the court as follows: Appellant's attorney has recently submitted a brief in Cory Martin Colvin v. State, Case Number 06-14-00163-CR to the Sixth Court of Appeals. Further, Appellant's attorney was preparing for jury trials in the 115th District Court for the two week session beginning February 9, 2015: State v. Carlos Bunch, Jr., Cause Number 12503; State v. Alton Ray Easley, Jr., Cause Numbers 16346,16499 and 16647;State v. David Bruce Williams, Cause Number 16580; State v. Mary Ellen Clark, Cause Number 16723; State v. Christopher Alan Ray, Cause Number 16,784; State v. Kelly Wayne Haney, Cause number 16,881; State v. Stefoni Elyse Knox, Cause Number 16,854;State v. Jerry Dean Becht, Cause Number 16,907; and State v. Lester Shane Browning, Cause Number 16,875. Further, Appellant's attorney has been preparing for a jury trial anticipated during the week of January 26, 2015, in the 124th District Court, State v. Jeremy Scott, Cause number 43,891-B. Further, Appellant's attorney was preparing for jury trials in the 124th District Court of Gregg County for the weeks of February 16, and February 23, 2015: State v. Billy Ray Williams, Cause Number 42,225-B and State v. Alvin Bernard Allen, Cause Number 44,257-B.

.

.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully prays that the Honorable Court of Appeals extend the time for the filing of Appellant's Brief in this cause to the 2nd day of April, 2015.

Respectfully Submitted,

/s/Tim Cone

_____
Tim Cone, Attorney At Law
State Bar N. 04660350
P.O. Box 413
Gilmer, Texas  75644
903-725-6270
 e-mail: timcone6@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Appellant's Motion for Extension of Time to File Brief has been served to Zan Brown Assistant Criminal District Attorney Attorney for Gregg County, attorney for Appellee, on this the  2nd  day of March, 2015.

/s/Tim Cone

_____
Tim Cone, Attorney At Law